**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| CARLA CLINTON,<br><br>Plaintiff,<br><br>v.<br><br>TRANSUNION CONSUMER SOLUTIONS,<br><br>Defendant. | CASE NO. 1:26-CV-474-HAB-ALT |

**OPINION AND ORDER**

Carla Clinton, without counsel, seeks leave to proceed in forma pauperis. Under 28 U.S.C. § 1915, the court "may authorize the commencement [of this case] without pre-payment of fees [if] the person is unable to pay such fees . . .." A person is unable to pay the filing fee if "because of his poverty [doing so would result in the inability] to provide himself and dependents with the necessities of life." *Adkins v. E.I. DuPont de Nemours & Co*., 335 U.S. 331, 339 (1948) (quotation marks omitted). In a Chapter 7 Bankruptcy case, the filing fee may be waived "if the court determines that such individual has income less than 150 percent of the income official poverty line. . .." 28 U.S.C. § 1930(f)(1).[1] This is not a Bankruptcy case, but the judicial discretion afforded by 28 U.S.C. § 1915 permits application of the same threshold. *See Merritte v. Templeton*, 493 F. App'x 782, 784 (7th Cir. 2012) ("Courts have wide discretion to decide whether a litigant is impoverished."). The Poverty Line is set annually by the United States Department of Health and Human Services. 42 U.S.C. § 9902.

---

[1] *See* https://www.uscourts.gov/sites/default/files/document/poverty-guidelines.pdf (150% Poverty Guideline table).

In her IFP application, Clinton attests that her family/household of one receives $3250 per month. Her annual income of $39,000 per year exceeds 150 percent of the Poverty Line, which is $23,940 per year. *See* Annual Update of the HHS Poverty Guidelines, 91 FR 1797 (January 15, 2026). Clinton has not otherwise demonstrated paying the filing fee would result in an inability to provide for the necessities of life.

For these reasons, the Court:

(1) DENIES Clinton leave to proceed in forma pauperis (ECF No. 2);

(2) GRANTS Clinton until October 16, 2026, to pay the $405.00 filing fee; and

(3) CAUTIONS Clinton if there is no response by the deadline, this case will be dismissed without further notice.

**SO ORDERED** this 17th day of September 2026.

s/ Holly A. Brady
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT